## EXHIBIT 1

### PAYMENTS TO DAVIS TOWER FOUNDATIONS, LLC BY BDC GROUP, INC.

05.06.23     $63,493.00     Paid via DIVVY credit card

05.12.23     $67,665.25     ACH transaction, recorded as BDC Group Check 4005

06.09.23     $27,931.25     ACH transaction, recorded as BDC Group Check 4101